

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAPHAEL DEUTSCH ʌ
DAVID FORCE ▲▪
NAKICHA JOSEPH▲
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 7, 2022

<u>Via CM/ECF</u>
The Honorable Ronnie Abrams
United States District Court
Southern District of New York

   Re: **Bueno v. Equifax Information Services, LLC**
      **Case #: 1:22-cv-00083-RA**

Dear Judge Abrams:

  We represent the plaintiff in the above matter, and write with the consent of Defendant Equifax Information Services, LLC to respectfully request that the initial conference currently scheduled for April 15, 2022, be adjourned. Counsel for Plainitff will not be available due to preparations for the Passover holiday that starts later that day.

  This is the first request to adjourn the initial conference. We further ask that the conference, and all relevant prior submissions, be rescheduled for after April 22, to avoid conflict with the Passover holiday.

  We thank Your Honor and the Court for its kind considerations and courtesies.

Application granted. The conference is adjourned to April 29, 2022 at 4:00 p.m.

SO ORDERED.

Hon. Ronnie Abrams
04/08/22

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.